SUCESIÓN IGARAVÍDEZ ET AL. *v.* SUCESIÓN GALLART ET AL.—
Apelación procedente de la Corte de Distrito de San Juan,
Sección 2ª. Moción para que se desestime la apelación. Re-
suelto en enero 31. Denegada la moción. Abogados de los
promoventes: *Sres. Antonio Alvarez Nava y José Hernández*
*Usera.* Abogado de la parte contraria: *Sr. Rafael López*
*Landrón.*

---

No. 315. EL PUEBLO *v.* ROMÁN.—Apelación procedente de
la Corte de Distrito de Mayagüez. Resuelto en febrero 1,
1911. Confirmada la sentencia apelada. Abogado del ape-
lante: *Sr. Francisco R. Flores.* Abogado del apelado: *Sr.*
*Jesús M. Rossy, Fiscal.*

---

No. 313. EL PUEBLO *v.* DÍAZ.—Apelación procedente de la
Corte de Distrito de San Juan. Resuelto en febrero 2, 1911.
Confirmada la sentencia apelada. Abogado del apelante:
*Sr. Adrián Agosto.* Abogado del apelado: *Sr. Jesús M.*
*Rossy, Fiscal.*

---

No. 312. EL PUEBLO *v.* DURÁN.—Apelación procedente de
la Corte de Distrito de San Juan. Resuelto en febrero 2,
1911. Confirmada la sentencia apelada. Abogado del ape-
lante: *Sr. Ramón Falcón.* Abogado del apelado: *Sr. Jesús*
*M. Rossy, Fiscal.*

---

No. 314. EL PUEBLO *v.* ONGAY.—Apelación procedente de
la Corte de Distrito de San Juan, Sección 2ª. Resuelto en
febrero 2, 1911. Confirmada la sentencia apelada. Aboga-
dos del apelante: *Sres. Miguel Guerra y Enrique Márquez.*
Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*